# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON PAUL ANNIS, <br><br> Defendant. | No. CR04-2032-LRR <br><br> **ORDER** |

This matter comes before the court on the defendant's motion to reconsider (docket no. 77). The defendant filed such motion on May 20, 2015. The defendant states nothing that leads the court to a different determination. The court previously granted the defendant the maximum reduction permitted under the law. Before doing so, the court correctly calculated the amended guideline range by utilizing the drug table under USSG §2D1.1(c) to determine the defendant's base offense level, that is, 30, adding two levels pursuant to USSG §2D1.1(b) and adding one level pursuant to USSG §3D1.4 because the total adjusted offense level for count 4 was 24 after four levels were added pursuant to USSG §2K2.1(b)(5) and 24 is eight levels less serious than the highest offense level, that is, 32. Moreover, even if the court grouped count 1 and count 4 pursuant to USSG §3D1.2(c), 210 months imprisonment is appropriate in light of the defendant's history and characteristics, which includes but is not limited to his post-sentencing conduct. Because

the court stands by its earlier decision, the defendant's motion to reconsider (docket no. 77) is denied.

**IT IS SO ORDERED**.

**DATED** this 30th day of June, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA